ROBERT A. DEVANEY v. LOUIS SARNO AND CENTRAL VOLKSWAGEN, INC., AND VOLKSWAGEN OF AMERICA, INC.

January 29, 1974. Petition for certification granted. (See 125 *N. J. Super.* 414)

G M C REALTY CORPORATION v.
GREATER AMERICAN COMMUNITIES, INC.

January 29, 1974. Petition for certification denied.

DORA P. WORTHINGTON v. KINGS SUPERMARKET, INC.

January 29, 1974. Petition for certification denied.

EDWARD A. BONUS v. STUNAT REALTY COMPANY.

January 29, 1974. Petition for certification denied.

HAROLD TULL v. STATE OF NEW JERSEY.

January 29, 1974. Petition for certification denied.

TOWNSHIP OF SPARTA v. LAWRENCE SPILLANE.

January 29, 1974. Petition for certification denied. (See 125 *N. J. Super.* 519)